**Order entered November 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01255-CV

### IN RE STATE FARM LLOYDS, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05540**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion for temporary relief staying discovery. We **ORDER** relator

to bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
           JUSTICE